1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JAMES CARL POWELL,

11            Petitioner,                       No. CIV S-11-0422 DAD P

12        vs.

13   FRANK CHAVEZ,

14            Respondent.                ORDER

15   _____/

16            Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma

18   pauperis.

19            Examination of the in forma pauperis application reveals that petitioner is unable

20   to afford the costs of suit.  Accordingly, the application to proceed in forma pauperis will be

21   granted.  See 28 U.S.C. § 1915(a).

22            Rule 2(c) of the Rules Governing Section 2254 Cases requires that the petition for

23   writ of habeas corpus be signed under penalty of perjury by the petitioner.  Petitioner's habeas

24   petition is not signed.  Therefore, the court will order petitioner to file an amended petition using

25   the form provided by the Clerk of the Court, and to sign his amended petition.

26   /////

                                            1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2         1.  Petitioner's February 16, 2011 application to proceed in forma pauperis (Doc.

3    No. 4), is granted;

4         2.  Petitioner's petition for a writ of habeas corpus, filed February 15, 2011, is

5    dismissed;

6         3.  Petitioner is granted thirty days from the date of service of this order to file an

7    amended petition that complies with the requirements of the Federal Rules of Civil Procedure;

8    the amended petition must bear the docket number assigned this case and must be labeled

9    "Amended Petition;" petitioner must use the form petition provided by the Clerk of the Court;

10   petitioner's failure to file an amended petition in accordance with this order will result in the

11   dismissal of this action; and

12        4.  The Clerk of the Court is directed to provide petitioner with the court's form

13   petition for a writ of habeas corpus by a state prisoner.

14   DATED: March 7, 2011.

15

16   _____

17   DAD:4                        DALE A. DROZD
     pow0422.9                    UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26